VASON *et al. v.* GILBERT *et al.*

*Lumpkin, J.*—1. This case turned upon the question whether or
not the defendants in error were common owners with the
plaintiffs in error of the property partitioned, and the deter-
mination of this question depended upon the effect to be given
to a decree which had been rendered in a former case. This
being so, and the trial judge having rightly held that under
the terms of that decree the defendants in error had an interest
in the property in question, the correct result was reached.
2. The legal effect of a conveyance duly made and delivered to a
trustee cannot afterwards be changed by an *addendum* thereto
which he voluntarily executed and had recorded, the same not
having been assented to or accepted by any other party at
interest.                              *Judgment affirmed.*

July 13, 1896. By two Justices.

Partition. Before Judge Bower. Dougherty superior
court. October term, 1895.

*J. W. Walters,* by *Harrison & Peeples,* for plaintiffs in
error. *R. Hobbs* and *Wooten & Wooten,* contra.